**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Darnell Williams, on behalf of himself and all others :    Case no. 1:25-cv-4503
similarly situated,    :
   :
       Plaintiffs,    :
   :    **NOTICE OF VOLUNTARY**
     v.    **DISMISSAL WITH**
     **PREJUDICE**

Pete and Pedro, LLC    :

       Defendant.    :
   :
   :
   :
   :
   :
   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

     **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: October 6, 2025

     EQUAL ACCESS LAW GROUP, PLLC

     *Attorneys for Plaintiff*

     **/s/ David B. Reyes**

     By: David B. Reyes, Esq.

     68-29 Main Street,

     Flushing, NY 11367

     O: 844-731-3343

     D: 718-554-0237

     Email: Dreyes@ealg.law